UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES IN THEIR CAPACITIES AS TRUSTEES FOR THE NATIONAL ROOFING INDUSTRY PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTECH ROOFING,<br><br>Defendant. | Case No. 18-cv-01051-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 38, 27 |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: January 2, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge